# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO JIMENEZ-GOMEZ,<br><br>Defendant. | Case No.: 23-cr-0700-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On May 10, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for May 12, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 18] and sets the Motion Hearing/Trial Setting on June 23, 2023, at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. On April 28, 2023, a plea agreement was lodged before the Court, and a change of plea hearing is set for May 23, 2023.

Accordingly, the Court finds that time from May 12, 2023, to June 23, 2023, shall be excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

IT IS SO ORDERED.

Dated: 5/11/23

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE